**STATE of Missouri, Respondent,**

v.

**London W. WASHINGTON, Appellant.**

**No. WD 44615.**

Missouri Court of Appeals, Western District.

Feb. 18, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
March 31, 1992.

Cecil D. Williams, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from jury conviction for felonious restraint and sentence of five years imprisonment.

Affirmed. Rule 30.25(b).